IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHARON BUSH ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-175 |
| | ) | |
| THE CONSOLIDATED CITY OF | ) | |
| AUGUSTA and JOHN DOE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 14, 2017, eighteen days after the deadline for objecting to the Magistrate Judge's Report and Recommendation ("R&R") recommending dismissal of her case for failure to state a claim, the Clerk of Court received and docketed objections from Plaintiff. (See doc. no. 14.) Because Plaintiff's objections are untimely and she supplies no reason for the delay, the Court need not consider them. See Shaffer v. Colvin, No. CV 113-202, 2015 WL 195990, at *1 n. 1 (S.D. Ga. Jan. 14, 2015) ("Because Defendant submitted her objections [after the deadline for objections], the Court need not consider them."); see also Mathis v. Adams, 577 F. App'x 966, 967-68 (11th Cir. 2014) (affirming district court's strike of plaintiff's objections filed untimely and without good cause). However, even if the Court were to consider them, the objections have no merit. Plaintiff only raises the frivolous argument that the Court was required to rule on her Motion to Transfer Venue before screening her complaint. Therefore, the Court will not reconsider its March 6, 2017 Order

denying as moot Plaintiff's Motion to Transfer Venue, dismissing Plaintiff's complaint for failure to state a claim, and closing this civil action. (Doc. no. 12.)

SO ORDERED this _16th_ day of March, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA