IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
SHARON BUSH ELLISON,           *
                               *
     Plaintiff,                *
                               *
     v.                        *      CV 116-175
                               *
THE CONSOLIDATED CITY OF       *
AUGUSTA and JOHN DOE OFFICERS, *
                               *
     Defendants.               *
```

O R D E R

Before the Court is Plaintiff's "Objections and Motion to Set Aside A Judgment." (Doc. 28.) Pursuant to the Magistrate Judge's Report and Recommendation (the "R&R") (Doc. 10), the case was dismissed, and the civil action was closed, on March 6, 2017 (Doc. 12). Plaintiff then filed a motion for extension of time to file objections to the R&R (Doc. 16) which the Court denied on March 28, 2017 (Doc. 17). On August 6, 2018, Plaintiff then filed a "Good Cause and Out of Time Motion for Extension of Time to File Motion for New Trial." (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 6(b)(2), the Court denied Plaintiff's motion because the Court does not have the authority to extend the time for filing Rule 59(b) or 59(e) motions. (See Doc. 24.) Finally, despite the Court's prior Orders, on April 6, 2021, Plaintiff again filed a motion for leave to file an out of time motion for relief

from judgment. (Doc. 26.) The Court denied that motion, finding that Plaintiff's request was untimely, and no legal authority existed to permit an extension of the filing deadline. (Doc. 27.) With the latest filing, Plaintiff either failed to read the Court's April 12, 2021 Order or has simply ignored the Court's decision and basis thereof. Either way, the Court's decision on this issue has not changed – Plaintiff's request is untimely, and this Court may not extend the time for Plaintiff to file her motion. See FED. R. CIV. P. 6(b)(2) "(A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b).").

Plaintiff is advised that she has now attempted multiple bites at the apple of reconsideration or relief from the Court's decision on this issue. Further motions on this issue will be deemed frivolous and subject to sanctions.

Based on the foregoing, the Court **DENIES** Plaintiff's motion. (Doc. 28.) This case stands **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of May, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA